**Dismiss and Opinion Filed July 31, 2013**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-13-00537-CV**

**CARRIE SCHROEDER, Appellant**

**V.**

**JESSE SCHROEDER, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-21005**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices FitzGerald and Lewis
Opinion by Justice FitzGerald

Before the Court is appellee's July 8, 2013 motion to dismiss appeal. In the motion, appellee requests the Court to dismiss this appeal for want of prosecution. Our records show the notice of appeal was filed in this Court on April 18, 2013. By postcard dated the same day, we notified appellant the $175 filing fee was due. We directed appellant to remit the filing fee within ten days. We cautioned appellant that failure to do so would result in dismissal without further notice. Also by postcard dated April 18, 2013, we notified appellant the docketing statement was due. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to file the docketing statement might result in the dismissal of this appeal without further notice. Thereafter, appellee filed his motion to dismiss for want of prosecution. To date, appellant has not paid the filing fee, filed the docketing statement,

responded to appellee's motion to dismiss, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we grant appellee's motion and dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b)(c).

130537F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CARRIE SCHROEDER, Appellant

No. 05-13-00537-CV        V.

JESSE SCHROEDER, Appellee

On Appeal from the 301st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-10-21005.
Opinion delivered by Justice FitzGerald.
Chief Justice Wright and Justice Lewis
participating.

    In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

    It is **ORDERED** that appellee JESSE SCHROEDER recover his costs of this appeal from appellant CARRIE SCHROEDER.

Judgment entered this 31st day of July, 2013.

    /Kerry P. FitzGerald/
    KERRY P. FITZGERALD
    JUSTICE